NO. 07-05-0215-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 1, 2005
_____

BENITO MENDOZA,

                                                        Appellant

v.

THE STATE OF TEXAS,

                                                        Appellee
_____

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 2004-490869; HON. DRUE FARMER, PRESIDING
_____

***ON MOTION TO DISMISS***

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant Benito Mendoza, by and through his attorney, has filed a motion to dismiss this appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

                                        Brian Quinn
                                        Chief Justice

Do not publish.